IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAND KNOB INVESTMENT PARTNERS, LP<br><br>Plaintiff,<br><br>v.<br><br>SWEPI LP<br><br>and<br><br>ULTRA RESOURCES, INC.<br><br>Defendants. | Civil Action No. 4:17-cv-02379<br><br>Matthew W. Brann<br>United States District Judge |

## STIPULATED ORDER

On October 31, 2017, Rockdale Marcellus LLC ("Rockdale") acquired all right, title and interest in the oil and gas lease which is the subject of the above-captioned ligation. Consequently, the parties stipulate as follows:

(1) Rockdale is substituted as the defendant in the captioned litigation;

(2) SWEPI LP ("SWEPI") and Ultra Resources, Inc. ("Ultra") are dismissed;

(3) the caption is amended as follows: Sand Knob Investment Partners, LP v. Rockdale Marcellus LLC.

(4) Rockdale waives service of this Motion required under Fed.R.Civ.P. 25(c) and submits to the personal jurisdiction of this Court;

(5) the motions to dismiss previously filed by SWEPI and Ultra are withdrawn and are declared as moot; and

(6) Rockdale's responsive pleading to the Complaint shall be filed on or before January 26, 2018.

SO STIPULATED AND AGREED:

/s/ Robert J. Burnett
Robert J. Burnett
Houston Harbaugh, P.C.
401 Liberty Ave.
Three Gateway Center, 22nd Floor
Pittsburgh, PA 15222
*Counsel for Plaintiff, Sand Knob Investment Partners, LP*

/s/ Stefanie L. Burt
Stefanie L. Burt
Justin H. Werner
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
*Counsel for Defendants SWEPI, LP and Ultra Resources, Inc.*

/s/ Megan S. Haines
Megan S. Haines
Jonathan T. Blank
(motion for admission *pro hac vice* forthcoming)
McGuireWoods LLP
Tower Two-Sixty – 18th Floor
260 Forbes Ave.

Pittsburgh, PA 15222
*Counsel for Proposed Substituted
Defendant, Rockdale Marcellus LLC*

IT IS SO ORDERED, this __12th__ day of January, 2018

*s/Matthew W. Brann*
_____
Matthew W. Brann
United States District Court Judge