

May 24, 2018

<u>**VIA ELECTRONIC FILING:**</u>

Honorable Matthew W. Brann
Herman T. Schneebeli Federal Building & U.S. Courthouse
240 West Third Street
Suite 218
Williamsport, PA 17701

> **RE:** *Sand Knob Investment Partners, LP v. Rockdale Marcellus, LLC*
> United States District Court for the Middle District of Pennsylvania, (Case No. 4:17-cv-02379)

Dear Judge Brann:

This letter is being submitted to provide this Honorable Court with an update regarding alternative dispute resolution in the above-captioned matter. In the parties' proposed Case Management Plan, the parties identified that they would engage in mediation prior to June 2, 2018 to attempt to resolve this matter. As counsel for the parties are located in Pittsburgh, Pennsylvania, a mediation was conducted in Pittsburgh on Friday, May 18, 2018 before the Honorable Gary P. Caruso, retired President Judge of the Court of Common Pleas of Westmoreland County. The mediation was unsuccessful. It is not believed that further reference to mediation or other Alternative Dispute Resolution mechanisms would be useful at this time.

Very truly yours,

Robert J. Burnett

cc:    Megan S. Haines, Esquire (via electronic filing)
       Jonathan T. Blank, Esquire (via electronic filing)

Three Gateway Center • 401 Liberty Avenue 22nd Floor • Pittsburgh PA 15222-1005
Phone 412.281.5060 • Fax 412.281.4499 • www.hh-law.com

{CLIENT WORK/37252/0000 H1425156:1}