# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAND KNOB INVESTMENT PARTNERS, | No. 4:17-CV-02379 |
| Plaintiff. | (Judge Brann) |
| v. | |
| ROCKDALE MARCELLUS LLC, | |
| Defendant. | |

## **ORDER**

**AND NOW**, this 8th day of March 2019, in light of Brendan A. O'Donnell, Esquire's Letter to the Court indicating that the matter has settled, ECF No. 32, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge